# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CaaStle, Inc. | Case No. 25-11187-BLS |
| Debtor. | |
| GEORGE L. MILLER, solely in his capacity as chapter 7 trustee for the bankruptcy estate of CaaStle, Inc., | |
| Plaintiff, | Adv. No. 26-50242 |
| vs. | |
| Michael Delgass, in his capacity as trustee of the Ercolani 2012 Gift Trust, and John Does 1-10, | |
| Defendants. | |

## **ANSWER**

Michael Delgass, in his capacity as trustee of the Ercolani 2012 Gift Trust (the "Defendant"), by and through counsel, hereby files this Answer to the Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 544, 548 and 550 and Applicable State Law, and to Disallow Claims Pursuant to 11 U.S.C. § 502 (the "Complaint") filed by George L. Miller, as chapter 7 trustee (the "Plaintiff") for the bankruptcy estate of CaaStle, Inc. (the "Debtor"), and states, alleges, and avers as follows.

## **BACKGROUND**

1. Admit.

2. Defendant is without sufficient knowledge of the truthfulness of the allegations in paragraph 2 of the Complaint, and on that basis, denies the same.

3. Defendant is without sufficient knowledge of the truthfulness of the allegations in paragraph 3 of the Complaint, and on that basis, denies the same.

1

4. Defendant is without sufficient knowledge of the truthfulness of the allegations in paragraph 4 of the Complaint, and on that basis, denies the same.

5. Defendant is without sufficient knowledge of the truthfulness of the allegations in paragraph 5 of the Complaint, and on that basis, denies the same.

    a. Defendant is without sufficient knowledge of the truthfulness of the allegations in paragraph 5(a). of the Complaint, and on that basis, denies the same.

    b. Defendant is without sufficient knowledge of the truthfulness of the allegations in paragraph 5(b) of the Complaint, and on that basis, denies the same.

    c. Defendant is without sufficient knowledge of the truthfulness of the allegations in paragraph 5(c) of the Complaint, and on that basis, denies the same.

6. Defendant is without sufficient knowledge of the truthfulness of the allegations in paragraph 6 of the Complaint, and on that basis, denies the same.

7. Defendant is without sufficient knowledge of the truthfulness of the allegations in paragraph 7 of the Complaint, and on that basis, denies the same.

8. Defendant is without sufficient knowledge of the truthfulness of the allegations in paragraph 8 of the Complaint, and on that basis, denies the same.

    a. Defendant is without sufficient knowledge of the truthfulness of the allegations in paragraph 8(a) of the Complaint, and on that basis, denies the same.

    b. Defendant is without sufficient knowledge of the truthfulness of the allegations in paragraph 8(b) of the Complaint, and on that basis, denies the same.

    c. Defendant is without sufficient knowledge of the truthfulness of the allegations in paragraph 8(c) of the Complaint, and on that basis, denies the same.

9. Defendant is without sufficient knowledge of the truthfulness of the allegations in paragraph 9 of the Complaint, and on that basis, denies the same.

10. Paragraph 10 of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant is without sufficient knowledge of the truthfulness of the allegations in paragraph 10 of the Complaint, and on that basis denies the same.

11. Defendant is without sufficient knowledge of the truthfulness of the allegations in paragraph 11 of the Complaint, and on that basis, denies the same.

12. Defendant is without sufficient knowledge of the truthfulness of the allegations in paragraph 12 of the Complaint, and on that basis, denies the same.

13. Defendant is without sufficient knowledge of the truthfulness of the allegations in paragraph 13 of the Complaint, and on that basis, denies the same.

14. Defendant is without sufficient knowledge of the truthfulness of the allegations in paragraph 14 of the Complaint, and on that basis, denies the same.

15. Defendant is without sufficient knowledge of the truthfulness of the allegations in paragraph 15 of the Complaint, and on that basis, denies the same.

16. Defendant is without sufficient knowledge of the truthfulness of the allegations in paragraph 16 of the Complaint, and on that basis, denies the same.

17. Defendant is without sufficient knowledge of the truthfulness of the allegations in paragraph 17 of the Complaint, and on that basis, denies the same.

18. Defendant is without sufficient knowledge of the truthfulness of the allegations in paragraph 18 of the Complaint, and on that basis, denies the same.

19. Defendant is without sufficient knowledge of the truthfulness of the allegations in paragraph 19 of the Complaint, and on that basis, denies the same.

20. Defendant is without sufficient knowledge of the truthfulness of the allegations in paragraph 20 of the Complaint, and on that basis, denies the same.

21. Paragraph 21 of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant is without sufficient knowledge of the truthfulness of the allegations in paragraph 21 of the Complaint, and on that basis denies the same.

    a. Defendant is without sufficient knowledge of the truthfulness of the allegations in paragraph 21(a) of the Complaint, and on that basis denies the same.

    b. Paragraph 21(b) of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant denies the allegations in paragraph 21(b) of the Complaint.

    c. Defendant is without sufficient knowledge of the truthfulness of the allegations in paragraph 21(c) of the Complaint, and on that basis denies the same.

    d. Defendant is without sufficient knowledge of the truthfulness of the allegations in paragraph 21(d) of the Complaint, and on that basis denies the same.

    e. Defendant is without sufficient knowledge of the truthfulness of the allegations in paragraph 21(e) of the Complaint, and on that basis denies the same.

    f. Paragraph 21(f) of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant is without sufficient knowledge of the truthfulness of the allegations in paragraph 21(f) of the Complaint, and on that basis denies the same.

    g. Paragraph 21(g) of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant denies the allegations in paragraph 21(g) of the Complaint.

h. Defendant is without sufficient knowledge of the truthfulness of the allegations in paragraph 21(h) of the Complaint, and on that basis denies the same.

i. Defendant is without sufficient knowledge of the truthfulness of the allegations in paragraph 21(i) of the Complaint, and on that basis denies the same.

j. Paragraph 21(j) of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant is without sufficient knowledge of the truthfulness of the allegations in paragraph 21(j) of the Complaint, and on that basis denies the same.

22. Defendant states that the Complaint speaks for itself and denies any allegations inconsistent with the contents of such document.

**JURISDICTION AND VENUE**

23. Admit.

24. Admit.

25. Admit.

26. Admit.

**THE PARTIES**

27. Admit.

28. Defendant is without sufficient knowledge of the truthfulness of the allegations in paragraph 28 of the Complaint, and on that basis denies the same.

29. Admit.

30. Admit.

31. Defendant denies the allegations in paragraph 31 of the Complaint as Defendant is without sufficient knowledge of the truthfulness of the allegations or such allegations are vague,

compounded, and confusing. By way of further answer, Defendant admits that Silvia Ercolani is the spouse of Jaswinder Pal Singh.

32. Paragraph 32 of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant denies the allegations in paragraph 32 of the Complaint.

33. Defendant is without sufficient knowledge of the truthfulness of the allegations in paragraph 33 of the Complaint, and on that basis denies the same.

34. Admit.

35. Defendant admits that the Debtor redeemed Defendant's shares in CaaStle. Defendant is without sufficient knowledge of the truthfulness of the remaining allegations in paragraph 35 of the Complaint, and on that basis denies the same.

36. Defendant is without sufficient knowledge of the truthfulness of the allegations in paragraph 36 of the Complaint, and on that basis denies the same.

37. Paragraph 37 of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant denies the allegations in paragraph 37 of the Complaint.

     a. Paragraph 37(a) of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant denies the allegations in paragraph 37(a) of the Complaint.

     b. Paragraph 37(b) of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant denies the allegations in paragraph 37(b) of the Complaint.

c. Defendant is without sufficient knowledge of the truthfulness of the allegations in paragraph 37(c) of the Complaint, and on that basis denies the same.

38. Paragraph 38 of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant denies the allegations in paragraph 38 of the Complaint.

39. Paragraph 39 of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant denies the allegations in paragraph 39 of the Complaint.

40. Paragraph 40 of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant denies the allegations in paragraph 40 of the Complaint.

41. Defendant admits that it executed a Repurchase Agreement dated October 8, 2024. Defendant denies the remaining allegations in paragraph 41 of the Complaint.

42. Defendant asserts that the Repurchase Agreement speaks for itself, and denies any allegations inconsistent with the contents of such document.

**<u>COUNT I</u>**
**(v. Trustee Delgass, in his capacity as the trustee of the Ercolani Trust, and Ercolani Trust)**
**Avoidance of Fraudulent Transfer – 11 U.S.C. §§ 544, 548**
**(Actual Intent)**

43. Defendant incorporates by reference each of its previous responses in this Answer as if fully set forth herein.

44. Paragraph 44 of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant is without sufficient knowledge of the truthfulness of the allegations in paragraph 44 of the Complaint, and on that basis denies the same.

45. Paragraph 45 of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant denies the allegations in paragraph 45 of the Complaint.

46. Paragraph 46 of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant denies the allegations in paragraph 46 of the Complaint and denies that Plaintiff is entitled to the relief requested therein.

## COUNT II
**(v. Trustee Delgass, in his capacity as the trustee of the Ercolani Trust, and Ercolani Trust)**
**Avoidance of Fraudulent Transfer – 11 U.S.C. §§ 544, 548**
**(Less than Reasonably Equivalent Value)**

47. Defendant incorporates by reference each of its previous responses in this Answer as if fully set forth herein.

48. Paragraph 48 of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant is without sufficient knowledge of the truthfulness of the allegations in paragraph 48 of the Complaint, and on that basis denies the same.

49. Paragraph 49 of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant is without sufficient knowledge of the truthfulness of the allegations in paragraph 49 of the Complaint, and on that basis denies the same.

50. Paragraph 50 of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant denies the allegations in paragraph 50 of the Complaint.

    i. Paragraph 50(i) of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant is without sufficient knowledge of the truthfulness of the allegations in paragraph 50(i) of the Complaint, and on that basis denies the same.

ii. Paragraph 50(ii) of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant is without sufficient knowledge of the truthfulness of the allegations in paragraph 50(ii) of the Complaint, and on that basis denies the same.

iii. Paragraph 50(iii) of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant is without sufficient knowledge of the truthfulness of the allegations in paragraph 50(iii) of the Complaint, and on that basis denies the same.

51. Paragraph 51 of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant denies the allegations in paragraph 51 of the Complaint and denies that Plaintiff is entitled to the relief requested therein.

**<u>COUNT III</u>**
**(v. Trustee Delgass, in his capacity as the trustee of the Ercolani Trust, and Ercolani Trust)**
**Avoidance of Fraudulent Transfer – 6 Del. C. §§ 1304 and 1307**
**(Actual Intent)**

52. Defendant incorporates by reference each of its previous responses in this Answer as if fully set forth herein.

53. Paragraph 53 of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant denies the allegations in paragraph 53 of the Complaint.

54. Paragraph 54 of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant denies the allegations in paragraph 54 of the Complaint.

55. Paragraph 55 of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant denies the allegations in paragraph 55 of the Complaint and denies that Plaintiff is entitled to the relief requested therein.

<u>**COUNT IV**</u>
**(v. Trustee Delgass, in his capacity as the trustee of the Ercolani Trust, and Ercolani Trust)**
**Avoidance of Fraudulent Transfer – 6 Del. C. §§ 1304, 1305 and 1307**
**(Less than Reasonably Equivalent Value)**

56. Defendant incorporates by reference each of its previous responses in this Answer as if fully set forth herein.

57. Paragraph 57 of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant denies the allegations in paragraph 57 of the Complaint.

58. Paragraph 58 of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant denies the allegations in paragraph 58 of the Complaint.

59. Paragraph 59 of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant denies the allegations in paragraph 59 of the Complaint.

    i. Paragraph 59(i) of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant denies the allegations in paragraph 59(i) of the Complaint.

    ii. Paragraph 59(ii) of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant denies the allegations in paragraph 59(ii) of the Complaint.

iii. Paragraph 59(iii) of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant denies the allegations in paragraph 59(iii) of the Complaint.

60. Paragraph 60 of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant denies the allegations in paragraph 60 of the Complaint and denies that Plaintiff is entitled to the relief requested therein.

**COUNT V**
**(v. Trustee Delgass, in his capacity as the trustee of the Ercolani Trust, and Ercolani Trust)**
**Avoidance of Voidable Transfer – N.Y. Debt. Cred. L. §§ 273 and 276**
**(Actual Intent)**

61. Defendant incorporates by reference each of its previous responses in this Answer as if fully set forth herein.

62. Paragraph 62 of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant denies the allegations in paragraph 62 of the Complaint.

63. Paragraph 63 of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant denies the allegations in paragraph 63 of the Complaint.

64. Paragraph 64 of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant denies the allegations in paragraph 64 of the Complaint.

65. Paragraph 65 of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant denies the allegations in paragraph 65 of the Complaint and denies that Plaintiff is entitled to the relief requested therein.

**COUNT VI**
**(v. Trustee Delgass, in his capacity as the trustee of the Ercolani Trust, and Ercolani Trust)**
**Avoidance of Voidable Transfer – N.Y. Debt. Cred. L. §§ 273, 274 and 276**
**(Less than Reasonably Equivalent Value)**

66. Defendant incorporates by reference each of its previous responses in this Answer as if fully set forth herein.

67. Paragraph 67 of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant denies the allegations in paragraph 67 of the Complaint.

68. Paragraph 68 of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant denies the allegations in paragraph 68 of the Complaint.

69. Paragraph 69 of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant denies the allegations in paragraph 69 of the Complaint.

70. Paragraph 70 of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant denies the allegations in paragraph 70 of the Complaint.

    a. Paragraph 70(a) of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant denies the allegations in paragraph 70(a) of the Complaint.

    b. Paragraph 70(b) of the of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant denies the allegations in paragraph 70(b) of the Complaint.

12

c.  Paragraph 70(c) of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant without sufficient knowledge of the truthfulness of the allegations in paragraph 70(c) of the Complaint, and on that basis denies the same.

71.  Paragraph 71 of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant denies the allegations in paragraph 71 of the Complaint and denies that Plaintiff is entitled to the relief requested therein.

**COUNT VII**
**(v. all Defendants)**
**Recovery against Initial Transferee, the Entity For Whose Benefit the Transfer Was Made, and Intermediate and Mediate Transferees – 11 U.S.C. § 550, 6 Del. C. § 1308, N.Y. Debt. Cred. L. §§ 276-A, 277**

72.  Defendant incorporates by reference each of its previous responses in this Answer as if fully set forth herein.

73.  Paragraph 73 of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant denies the allegations in paragraph 73 of the Complaint.

74.  Defendant admits that it received the Redemption Amount. Defendant denies the remaining allegations in paragraph 74 of the Complaint.

75.  Paragraph 75 of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant denies the allegations in paragraph 75 of the Complaint.

76.  Paragraph 76 of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant denies the allegations in paragraph 76 of the Complaint.

77. Paragraph 77 of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant denies the allegations in paragraph 77 of the Complaint and denies that Plaintiff is entitled to the relief requested therein.

78. Paragraph 78 of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant denies the allegations in paragraph 78 of the Complaint and denies that Plaintiff is entitled to the relief requested therein.

## COUNT VIII
### (v. all Defendants)
### Disallowance of Claims – 11 U.S.C. § 502(d)

79. Defendant incorporates by reference each of its previous responses in this Answer as if fully set forth herein.

80. Paragraph 80 of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant denies the allegations in paragraph 80 of the Complaint.

81. Defendant admits that it has not paid the Redemption Amount to Plaintiff. Defendant denies the remaining allegations in paragraph 81 of the Complaint.

82. Paragraph 82 of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant denies the allegations in paragraph 82 of the Complaint.

83. Paragraph 83 of the Complaint contains a legal conclusion to which no response is required. To the extent a response is necessary, Defendant denies the allegations in paragraph 83 of the Complaint.

## GENERAL DENIAL

Defendant denies each and every allegation not specifically admitted herein.

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred because Defendant provided reasonably equivalent value to Debtor in exchange for the Redemption Amount.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred because Defendant received the Redemption Amount in good faith and for value under 11 U.S.C. § 548(c).

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part, in that they would result in unjust enrichment to the Plaintiff.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part under the doctrine of unclean hands.

## DEFENDANT'S RESERVATION OF RIGHTS

Defendant reserves the right to assert additional affirmative defenses as discovery progresses.

## PRAYER FOR RELIEF

Wherefore, Defendant requests that the Complaint be dismissed, with prejudice, and that Plaintiff take nothing thereby, and that the Defendant be awarded attorneys' fees, costs, and interest to the extent allowed by applicable law.

Dated: July 8, 2026 **DORSEY & WHITNEY (DELAWARE) LLP**

*/s/ Eric Lopez Schnabel*
Eric Lopez Schnabel (DE Bar No. 3672)
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801
Telephone: (302) 425-7171
E-mail: schnabel.eric@dorsey.com

*Counsel for Defendant*