**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | x : | Chapter 7 |
| CaaStle Inc., | : : : | Case No. 25-11187 (BLS) |
| Debtor. | : : | |
| GEORGE L. MILLER, solely in his capacity as chapter 7 trustee for the bankruptcy estate of CaaStle Inc., | : : : : : | |
| Plaintiff, | : : | |
| v. | : : : | |
| Michael Delgass, in his capacity as trustee of the Ercolani 2012 Gift Trust, and John Does 1-10, | : : : : | Adv. Pro. No. 26-50242 (BLS) |
| Defendant. | : : | |

## <u>SCHEDULING ORDER</u>

To promote the efficient and expeditious disposition of this adversary proceeding, the following schedule shall apply in the above-captioned adversary proceeding.

1. The Discovery planning conference described in Fed. R. Civ. P. 26(f), made applicable by Fed. R. Bankr. P. 7026 shall take place no later than thirty (30) days after the first answer or other responsive pleading is filed, or sixty (60) days after the adversary proceeding is commenced, whichever is earlier. The parties are not required to file a discovery plan as contemplated by Fed. R. Civ. P. 26(f)(3).

2. The parties shall provide initial disclosures under Fed. R. Civ. P. 26(a)(1) no later than forty-five (45) days after the entry of this Order. Any extension of the deadline to provide initial disclosures must be by Order of the Court and will only be granted for good cause shown.

3. All fact discovery shall be completed no later than November 20, 2026.

4. The parties shall provide any initial expert reports by January 25, 2027. Parties' expert reports intended to rebut any other expert report shall be provided by February 24, 2027. All expert reports and rebuttal reports shall provide the information required by Fed. R. Civ. P. 26(a)(2)(B). All expert discovery shall be completed, and discovery shall close, by March 24, 2027.

5. All dispositive motions shall be filed and served by April 7, 2027 and shall be subject to Del. Bankr. L.R. 7007.

6. No later than one hundred twenty (120) days after the answer to the complaint is filed, the parties shall file a Stipulation Regarding Appointment of a Mediator or a statement that the parties cannot agree on a mediator and a request that the Court select and appoint a mediator to the proceeding.

7. Within sixty (60) days after the entry of an Order Assigning the Adversary Proceeding to Mediation, the mediator shall either (a) file the mediator's certificate of completion, or, (b) if the mediation is not concluded, file a status report that provides the projected schedule for completion of the mediation.

8. The parties shall file, no later than four (4) business days prior to the earlier of date set for (i) pre-trial conference (if one is scheduled) or (ii) trial, their Final Pretrial Order approved by all counsel and shall contemporaneously deliver a copy via email to chambers.

9. The Order Assigning the Adversary Proceeding to Mediation shall set the adversary proceeding for trial one hundred eighty (180) days after the entry of the Order, or as soon thereafter as the Court's calendar permits. The Court may, in its discretion, schedule a pre-trial conference in lieu of or in addition to the trial.

#125726143v1

10.     The Plaintiff shall immediately notify Chambers upon the settlement, dismissal or other resolution of the adversary proceeding subject to this Order and shall file with the Court appropriate evidence of such resolution as soon thereafter as is feasible. The Plaintiff shall file a status report forty-five (45) days after the date of this scheduling order, each forty-five (45) days thereafter, and thirty (30), and ten (10) days prior to trial, setting out the status of the adversary proceeding subject to this Order. Plaintiff shall immediately advise Chambers, in writing, of any occurrence or circumstance which Plaintiff believes may suggest or necessitate the adjournment or other modification of the trial setting.

11.     Discovery deadlines and report deadlines contained in this Scheduling Order may be extended by agreement of the parties. All other deadlines contained in this Scheduling Order may be extended only by the Court and only upon written motion for good cause shown.